IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. DNCW3:15cr73 |
| ) | (Financial Litigation Unit) |
| JIMMY LEE WILLIAMS ) | |

**ORDER**

Upon consideration of the United States' motion for an order that funds held by the United States Postal Service be applied to restitution in this case,

IT IS HEREBY ORDERED that the United States Marshal Service shall convey the $1,300.00, Asset ID 12-USP-002746, to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, in partial satisfaction of the restitution imposed by the criminal judgment in this matter.

_____
Frank D. Whitney
Chief United States District Judge