UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00073-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| JIMMY LEE WILLIAMS, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release (Doc. No. 62). While this motion was pending, Defendant was released from the custody of the Bureau of Prisons. (See https://www.bop.gov/inmateloc/ visited 4/12/2022). After reviewing the relief requested by Defendant in his motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and his specific arguments asserted in support thereof (Doc. Nos. 62, 69, 70), the Court DENIES AS MOOT Defendant's motion.

IT IS THEREFORE ORDEREED that Defendant's Motion for Compassionate Release (Doc. No. 62) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: April 12, 2022

Frank D. Whitney
United States District Judge

1